# In the United States Court of Federal Claims

No.19-1187
Filed: April 23, 2020
NOT FOR PUBLICATION

| | |
|---|---|
| **PACIFIC COAST COMMUNITY SERVICES, INC.,** | |
| *Plaintiff,* | |
| v. | |
| **UNITED STATES,** | |
| *Defendant.* | |

## ORDER

For the reasons provided in the Memorandum Opinion filed concurrently with this Order, the defendant's Motion to Dismiss (ECF 13) is **GRANTED** and the case is **DISMISSED WITH PREJUDICE**.

The Clerk is directed to enter judgment for the defendant. No costs are awarded.

It is so **ORDERED**.

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**